UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WILLIAM J. MURRAY III,

                        JUDGMENT
                        20-CV-1471 (RJD) (RML)

        Plaintiff,

  v.

NAZARETH REGIONAL HIGH SCHOOL
F/K/A NAZARETH HIGH SCHOOL,
ROMAN CATHOLIC DIOCESE OF BROOKLYN,
XAVERIAN BROTHERS USA INC A/K/A
CONGREGATION OF ST. FRANCIS XAVIER,

        Defendants.
-----------------------------------------------------------------X

        A Memorandum and Order of the Honorable Raymond J. Dearie, United States District Judge, having been filed on August 5, 2022, granting the Diocese's Motion to Dismiss; it is

        ORDERED and ADJUDGED that the Diocese's Motion to Dismiss is granted.

Dated: Brooklyn, New York                             Brenna B. Mahoney
       August 8, 2022                                 Clerk of Court

                                                By:    */s/Jalitza Poveda*
                                                            Deputy Clerk